# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Joseph Howard Davis,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:20-cv-00038-KDB |
| | ) | 5:16-cr-00065-KDB-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2021 Order.

Signed: January 19, 2021

Frank G. Johns, Clerk
United States District Court